# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | NO: 4:08CR00061 SWW |
| ANTHONY WALTER CHANDLER | * | NO: 4:11CV00636 SWW |

## ORDER

By order entered August 1, 2012, the Court denied Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Now before the Court is Defendant's motion for reconsideration. After careful consideration, the motion (docket entry #200) is DENIED.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE